eration or decision of this petition.

No. 11–6727. MORALES v. UNITED STATES. C. A. 2d Cir. Certiorari denied. JUSTICE SOTOMAYOR took no part in the consideration or decision of this petition.

No. 10–1508. ANSARI v. NCS PEARSON, INC., DBA PEARSON VUE, ET AL., *ante*, p. 825; and

No. 11–5473. KAMPFER v. REU ET AL., *ante*, p. 909. Petitions for rehearing denied.

## NOVEMBER 9, 2011

No. 11–547. HCP, INC., FKA HEALTH CARE PROPERTY INVESTORS, INC. v. VENTAS, INC. C. A. 6th Cir. Certiorari dismissed under this Court's Rule 46.1.

No. 11A446 (11–6718). JUNIPER v. KELLY, WARDEN. Sup. Ct. Va. Application for stay of execution of sentence of death, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied.

## NOVEMBER 14, 2011

No. 10–851. STOVALL, WARDEN v. MILLER. C. A. 6th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Greene* v. *Fisher*, *ante*, p. 34.

No. 11–282. BRANCH BANKING & TRUST v. GORDON. C. A. 11th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *AT&T Mobility LLC* v. *Concepcion*, 563 U. S. 333 (2011).